IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE TYRONE TROTTIE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO.  H-09-0435 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER

Petitioner Willie Tyrone Trottie is a death row inmate, currently in the custody of the Texas Department of Criminal Justice.  He filed a *pro se* motion in which he attempts to enter into the record his account of the crime for which he was convicted.  His counsel subsequently filed a motion to temporarily seal and restrain any use of or reference to Trottie's *pro se* motion.

Federal courts have recognized a presumption in favor of public access to judicial documents. *See*, *e.g.*, *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978).  While counsel's concern that Trottie's *pro se* statement may damage his case is understandable, the motion contains no information protected by any privilege, nor does it contain information of a private or embarrassing nature produced under compulsion.  There is no basis for sealing Trottie's *pro se* motion [Doc. # 26].

Accordingly, it is

**ORDERED** that Petitioner's Emergency Motion For Order Temporarily Sealing, and Restraining Any Use Of, Or Reference To, *Pro Se* Motion [Doc. # 27] is **DENIED**.

SIGNED at Houston, Texas, on this 29th day of June, 2010.

_____
Nancy F. Atlas
United States District Judge