

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

✓ _____    State Court Records

_____    Administrative Record from Social Security Administration

_____    Administrative Record from _____

_____    Other records: _____

These records are maintained in __5__ Volumes. /2 Boxes / Frwd to B. Goolsby

Case Number _____

Case 4:09-cv-00435   Document 50   Filed in TXSD on 08/24/11   



OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

**United States District Court**
**Southern District of Texas**
**FILED**

AUG 2 4 2011

**David J. Bradley, Clerk of Court**

August 23, 2011

Box 1 of 2

Clerk, United States District Court
Southern District, Houston Division
515 Rusk Street, Room 5300
Houston, Texas 77002

Re: *Willie Tyrone Trottie v. Rick Thaler, Dir., TDCJ-CID*
**Civil Action No. 4:09-cv-00435**

Dear Clerk:

Enclosed please find copies of the petitioner's state court records for the above referenced case. Contained in two boxes, you will find: five volumes of direct appeal records and one volume of state writ records. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/S/ Erich Dryden

ERICH DRYDEN
Assistant Attorney General
Postconviction Litigation Division
Austin, Texas 78701
(512) 936-1600

WED/cak
Enclosure

cc:  David Adler
     David Adler PC
     6750 W. Loop S, Ste. 120
     Bellaire, TX 77401
     **(LETTER ONLY)**

     Zoe J. Dolan
     Attorney at Law
     249 East 7th Street
     New York, NY 10009
     **(LETTER ONLY)**

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*